

The following constitutes the order of the Court.
Signed: December 3, 2018

_____
**Charles Novack**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JACK ALBERT SHANE, III AND<br>KRISTINA LYNN SHANE,<br><br>    Debtors. | Case No. 10-45940 CN<br><br>Chapter 7 |
| CARMEN BETHKE,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK ALBERT SHANE, III,<br><br>    Defendant. | Adversary No. 14-4092 CN<br><br>**ORDER RE: WAGE GARNISHMENT** |

    On November 5, 2018, this court conducted a hearing on judgment creditor A-1 Septic Tank Service's motion to determine Jack Albert Shane, III's claim of exemption in his Trinity Liquid Waste Services' wages. All appearances were noted on the record.

    Septic Tank is the assignee of the substantial non-dischargeable judgment that this court entered against Jack Albert Shane, III ("Shane") in this adversary proceeding. Since being assigned the judgment, Septic Tank has aggressively attempted to enforce it under applicable California law. As part of its collection efforts, Septic Tank seeks to garnish some portion of Shane's wages. Shane contends, however, that all of his disposable earnings are exempt from garnishment.

    As a general rule, a judgment creditor may not garnish more than 25% of a judgment debtor's disposable earnings. *See* California Code of Civil Procedure § 706.050(a)(1). Here, Shane's

1

disposable earnings include his wife's and his income. *See* California Code of Civil Procedure §703.115. Under Code of Civil Procedure § 706.051(b), a judgment debtor may exempt more than 75% of his disposable earnings to the extent that he demonstrates that his disposable earnings are "necessary for the support of the judgment debtor or the judgment debtor's family...." To meet this burden, the judgment debtor must complete, under penalty of perjury, a form Claim of Exemption, which includes a Financial Statement detailing the judgment debtor's monthly take home pay and expenses. The judgment debtor has the burden of persuading the court that he is entitled to more than the 75% automatic exemption.

There is no precise definition of what constitutes expenses that are necessary for the support of a judgment debtor and his family. This court is required to consider the circumstances of each case, and use its discretion to determine what is necessary for the Shane family's subsistence.

Shane has not persuaded this court that his family's entire disposable income is exempt. First, this court has significant doubts regarding the accuracy of Shane's financial statement. Shane and his wife are both employed by Trinity Liquid Waste Services, and Shane's Financial Statement asserts that the family's monthly take home pay is $10,500. Yet, when the Shanes produced their Trinity Liquid pay stubs for inspection, the pay stubs indicated that their monthly net income is $6,846.45. Shane did not explain the difference between his statement proffered under penalty of perjury and the Trinity Liquid pay stubs. In addition, the Shane family budget is not modest. The Shanes, who have two teen age sons, pay, among other things, $6400/month in rent for their Livermore residence, $850/month in clothing, $2100/month in food and household supplies, and $1650/month in utilities and telephone bills (these expenses also call into question the accuracy of Shane's representation of his family's income). These expenses exceed the amounts necessary to sustain the Shane family. When this court considers all of the expenses listed in the Financial Statement, it concludes that Septic Tank may garnish $925.00 per month from the Shanes' Trinity Liquid wages.

**\* \* \* END OF ORDER \* \* \***

2
ORDER RE: WAGE GARNISHMENT
Case: 14-04092   Doc# 169   Filed: 12/03/18   Entered: 12/04/18 11:31:07   Page 2 of 3

**COURT SERVICE LIST**

Jack Albert Shane, III
3755 Arbutus Ct
Hayward, CA 94542

Kristina Lynn Shane
3755 Arbutus Ct
Hayward, CA 94542

Jack Shane, III
1043 Hansen Rd.
Livermore, CA 94550

Kristina Shane
1043 Hansen Rd.
Livermore, CA 94550

Other recipients are ECF participants